In the Matter of the Claim of LABEL LOONSK, Respondent, against LOONSK BROTHERS CLEANING AND DYEING WORKS et al., Appellants.

THE STATE INDUSTRIAL BOARD, Respondent.

(Argued October 2, 1928; decided October 16, 1928.)

*Clayton M. Smith* for appellants.

*Albert Ottinger,* Attorney-General (*E. C. Aiken* of counsel), for respondent.

no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.